■ SARAH WADSWORTH V. CHARLES WADSWORTH.—Application for leave to appeal to Appellate Division denied, with $10 costs. Since the validity of the Mexican divorce decree is unchallenged, the separation agreement, which is incorporated therein, may not be attacked in this action. (*Stuber* v. *Stuber*, 30 A D 2d 655; *Gunter* v. *Gunter*, 20 N Y 2d 883.) Concur — Botein, P. J., Eager, Steuer, Capozzoli and McNally, JJ.

## (November 19, 1968)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent v. NICHOLAS NOOR, Appellant.— Appeal from order entered March 12, 1968, denying petitioner's motion for resentence, dismissed. An order denying the motion for resentence is not appealable. Nevertheless, we have examined the record and are satisfied that the sentence was a proper one. Concur — Eager, J. P., Steuer, Capozzoli, Tilzer and McGivern, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. NORMAN J. BRABSON, Appellant.— Appeal from an order of Supreme Court, New York County, entered April 7, 1967, denying without a hearing a motion in the nature of a writ of error *coram nobis*, is dismissed. Appellant was sentenced to death upon his conviction of murder, first degree, in June, 1940. The conviction was affirmed. (*People* v. *Keolo*, 284 N. Y. 381.) The sentence was commuted to life imprisonment. No appeal lies to this court from a denial of *coram nobis* where the "judgment is of death". Such appeal lies only directly to the Court of Appeals (Code, Crim. Pro., § 517, subd. 3) upon obtaining "a certificate from a judge of the court of appeals granting permission to appeal" (Code Crim. Pro., § 520, subd. 2). (*People* v. *Brabson*, 28 A D 2d 989.) Concur — Botein, P. J., Stevens, Capozzoli, Rabin and McNally, JJ.